# U.S. District Court
# Middle District of Florida (Ocala)
# CIVIL DOCKET FOR CASE #: 5:20−cv−00153−JSM−PRL

Wagner v. Monsanto Company  
Assigned to: Judge James S. Moody, Jr  
Referred to: Magistrate Judge Philip R. Lammens  
Cause: 28:1332 Diversity−Wrongful Death  

Date Filed: 04/16/2020  
Date Terminated: 05/04/2020  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Marty Wagner**  represented by  **Lindsey Wagner**  
Scott Wagner & Associates, PA  
250 S Central Blvd Ste 104−A  
Jupiter, FL 33458−8812  
561−653−0008  
Fax: 561−653−0020  
Email: lwagner@scottwagnerlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2020 | 1 | COMPLAINT against Monsanto Company with Jury Demand (Filing fee $ 400 receipt number 113A−16709161) filed by Marty Wagner. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Wagner, Lindsey) (Entered: 04/16/2020) |
| 04/16/2020 | 2 | NEW CASE ASSIGNED to Judge James S. Moody, Jr and Magistrate Judge Philip R. Lammens. New case number: 5:20−cv−153−Oc−30PRL. (SJB) (Entered: 04/16/2020) |
| 04/17/2020 | 3 | SUMMONS issued as to Monsanto Company. (LAB) (Entered: 04/17/2020) |
| 04/17/2020 | 4 | POSSIBLE MDL Tag Along case for MDL Case Number 2741, In re: Roundup Products Liability Litigation.. Information emailed to MDL Panel on 4/17/2020, including cover letter, copy of complaint, and docket sheet. (Attachments: # 1 Complaint, # 2 Docket sheet) (LAB) (Entered: 04/17/2020) |
| 04/17/2020 | 5 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 – track 2. Signed by Judge James S. Moody, Jr. on 4/17/2020. (KAC)** (Entered: 04/17/2020) |
| 04/29/2020 | 6 | NOTICE of pendency of related cases re 5 Related case order and track 2 notice per Local Rule 1.04(d) by Marty Wagner. Related case(s): Yes (Wagner, Lindsey) (Entered: 04/29/2020) |
| 05/04/2020 | 7 | MULTIDISTRICT LITIGATION panel order transferring case (CTO−206) to: Northern District of California. MDL case number: 2741. (LAB) (LAB). (Entered: 05/04/2020) |